**United States District Court**
For the Northern District of California

\*\* **E-filed November 25, 2009** \*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ORANGE COUNTYELECRTICAL INDUSTRY HEALTH AND WELFARE TRUST FUND; LOCAL UNION NO. 441 OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS; and DOUGLAS CHAPPELL, as Trustee of the above TRUST FUND,<br><br>Plaintiffs,<br>v.<br><br>STONE ELECTRIC NO. 2, INC., a California Corporation,<br><br>Defendant.<br>_____/ | No. C09-03725 HRL<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Upon filing, this action was scheduled for an initial case management conference on December 1, 2009. On November 24, 2009, the parties filed a Joint Case Management Statement requesting a 90-day continuance of the conference to allow settlement discussions to continue, with the expectation that the parties would later file a stipulated judgment. Good cause appearing, the Case Management Conference is hereby CONTINUED to **March 2, 2010 at 1:30 pm** in Courtroom 2, 5th floor of the United States District Court, San Jose. The parties shall submit an updated joint statement no later than **February 23, 2010**.

**IT IS SO ORDERED.**

Dated: November 25, 2009

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C 09-03725** **N**otice will be electronically mailed to:

Benjamin Kerl Lunch blunch@neyhartlaw.com
Michael Wood Binning mbinning@binninglaw.com
Richard K. Grosboll rgrosboll@neyhartlaw.com
Sonya Michlin Gordon sgordon@neyhartlaw.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**