RICHARD K. GROSBOLL, Bar No. 99729
BENJAMIN K LUNCH, Bar No. 246015
SONYA M. GORDON, Bar No. 232600
Email: sgordon@neyhartlaw.com
NEYHART, ANDERSON, FLYNN & GROSBOLL
44 Montgomery Street, Suite 2080
San Francisco, CA 94104-6702
TEL: (415) 677-9440
FAX: (415) 677-9445
Attorneys for Plaintiffs

**\*\* E-filed February 25, 2010 \*\***

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORANGE COUNTY ELECTRICAL INDUSTRY HEALTH AND WELFARE TRUST FUND; LOCAL UNION NO. 441 OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS; and DOUGLAS CHAPPELL, as Trustee of the above TRUST FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>STONE ELECTRIC NO. 2, INC., a California Corporation,<br><br>Defendant. | Case No. C-09-3725-HRL<br><br>JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>Date: March 2, 2010<br>Time: 1:30 p.m.<br>Courtroom: Courtroom 2, 5th Floor<br>Location: 280 South 1st Street<br>San Jose, CA 95113<br>Judge: Hon. Howard R. Lloyd |

The parties herein submit this joint request to continue the Case Management Conference, currently set for March 2, 2010 at 1:30 p.m.

1. During the past several weeks, informal settlement negotiations have occurred and the case will likely settle absent an unforeseen occurrence.

2. The parties would appreciate if the Court would continue the Case Management

Conference for at least 30 days to allow the above to occur. The parties are both trying to avoid incurring additional attorneys' fees and costs.

Dated: February 23, 2010   Respectfully submitted,

NEYHART, ANDERSON, FLYNN & GROSBOLL

By:  /s/ Sonya M. Gordon
       Sonya M. Gordon

Attorneys for Plaintiffs

Dated: February 23, 2010   Respectfully submitted,

MICHAEL W. BINNING, ATTORNEY AT LAW

By:  /s/ Michael Binning
       Michael Binning

Attorneys for Defendant

[proposed] CASE MANAGEMENT ORDER

The Case Management Statement and Proposed Order is hereby adopted by the Court as the Case Management Order for the case and the parties are ordered to comply with this Order. In addition, the Court orders a 30-day continuance of the Case Management Conference, to ___April 6___, 2010.

Dated: February 25, 2010

_____
United States Magistrate Judge
HOWARD R. LLOYD

NEYHART, ANDERSON, FLYNN & GROSBOLL