** E-Filed April 6, 2010 **

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ORANGE COUNTY ELECTRICAL INDUSTRY HEALTH AND WELFARE TRUST FUND; LOCAL UNION NO. 441 OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS; and DOUGLAS CHAPPELL, as Trustee of the above TRUST FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>STONE ELECTRIC NO. 2, INC., a California Corporation,<br><br>Defendant. | Case No.  C-09-3725-HRL<br><br>[Proposed] ORDER FOR ENTRY OF JUDGMENT<br><br>Courtroom:  2, 5th Floor<br>Location:   280 South 1st Street<br>            San Jose, CA 95113<br>Judge:      Hon. Howard R. Lloyd |

[PROPOSED] ORDER:

 IT IS HEREBY ORDERED that Judgment be entered in the above-entitled cause in favor of Plaintiffs against Defendants STONE ELECTRIC NO. 2, INC., a California Corporation, in the sum of $148,422.33.

IT IS SO ORDERED.

Dated: April 6, 2010

_____
HOWARD R. LLOYD
United States Magistrate Judge